IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Sanchez Llovera, | No. CV12-00712-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| County of Maricopa, et al. | |
| Defendants | |

Plaintiff's having failed to comply with this Court's January 8, 2013 Order;

IT IS ORDERED dismissing this case for lack of prosecution.

DATED this 24th day of January, 2013.

_____
Susan R. Bolton
United States District Judge